# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,          )<br>                              )<br>                              )<br>vs.                           )<br>                              )<br>SALVATORE LANZAFAME,          )<br>                              )<br>           Defendants.        )<br>_____) | 2:08-CR-00191-PMP-PAL<br><br>**ORDER** |

      Before the Court for consideration is Defendant Salvatore Lanzafame's Petition for Habeas Relief Under 28 U.S.C. § 2225 on Motion to Set Aside, Vacate or Correct Sentence (Doc. #28), filed on February 22, 2010, and Plaintiff's Response thereto (Doc. #30) filed April 9, 2010. Finding that Defendant Lanzafame's Petition is without merit, the Court concludes it must be denied.

      Specifically, under the Plea Agreement Defendant waived his current claims that this Court erred in applying enhancements to his offense level, and by declining a downward adjustment for acceptance of responsibility.  Moreover, the Court was clearly within its discretion in denying Lanzafame an adjustment for acceptance of responsibility and in applying the enhancements in question.

      Defendant Lanzafame has also failed to demonstrate that the assistance provided by his counsel was ineffective under <u>Strickland v. Washington</u>, 466 U.S. 668 (1984).

**IT IS ORDERED that** Defendant Salvatore Lanzafame's Petition for Habeas Relief Under 28 U.S.C. § 2225 on Motion to Set Aside, Vacate or Correct Sentence (Doc. #28) is **DENIED**.

DATED: April 21, 2010.

_____
PHILIP M. PRO
United States District Judge