# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>SALVATORE LANZAFAME,<br><br>　　　　　　Defendants. | 2:08-CR-00191-PMP-PAL<br><br>**ORDER** |

　　　　Before the Court for consideration is Defendant Salvatore Lanzafame's Pro Se Motion to Vacate Judgment Pursuant to Rule 36, In Pari Materia to Rule 60(b) Fed. R. Civ. Proc. (Doc. #32), filed on May 26, 2010. The foregoing petition is the second motion filed by Defendant Lanzafame to vacate the sentence in his case. Having read and considered the foregoing, the Court finds no merit to Defendant Lanzafame's motion.

　　　　**IT IS THEREFORE ORDERED that** Defendant Salvatore Lanzafame's Pro Se Motion to Vacate Judgment Pursuant to Rule 36, In Pari Materia to Rule 60(b) Fed. R. Civ. Proc. (Doc. #32) is **DENIED**.

DATED: June 15, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge